JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ERNESTINE LUCY LANE,** | ) | NO. EDCV 15-141-KS |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: July 11, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE